# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 26-10013-JCM |
| | : | |
| Nathan Andrew Slocum, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**NONE**


**Next Payment Advice Expected (post-filing):**

**NA**


C.C.                              SLOCUM, NATHAN

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  CASE NO. 26-10013-JCM
  :
**Nathan Andrew Slocum,**  :  CHAPTER 13
**Debtor**  :
  :

### VERIFICATION REGARDING PROOF OF INCOME

I, Nathan Andrew Slocum, hereby state as follows:

1.) I am Self-Employed where I bring home an average of $13,347.15 per month.
2.) I live with my girlfriend who is the homemaker.
3.) I was required to file 2023 – 2024 tax returns; therefore, I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

   I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: January 27, 2026                    /s/ Nathan Andrew Slocum
                                          Debtor

C.C.                          **SLOCUM, NATHAN**