WWR#042118278

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. 26-10013 |
| NATHAN ANDREW SLOCUM | CHAPTER 13 PROCEEDING |
| DEBTOR | |
| | JUDGE JOHN C MELARAGNO |

NOTICE WITHDRAWING FIRST CITIZENS BANK & TRUST COMPANY'S PROOF OF CLAIM #19

Now comes Creditor FIRST CITIZENS BANK & TRUST COMPANY, by and through counsel and hereby withdraws its Proof of Claim filed herein on August 5th, 2026. Claim #19.

WELTMAN, WEINBERG & REIS CO. L.P.A.

/s/ Milos Gvozdenovic
Milos Gvozdenovic (0077969)
Attorney for Creditor
5990 West Creek Rd. Suite 200
Independence OH 44131
216-739-5647
bronationalecf@weltman.com

CERTIFICATE OF SERVICE

I certify that on August 7th 2026 day a true and correct copy of Withdrawal was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

DANIEL P FOSTER, Attorney for Debtor at DAN@MRDEBTBUSTER.COM

RONDA J WINNECOUR, TRUSTEE
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

ustpregion03.pi.ecf@usdoj.gov

and by regular U.S. Mail, postage prepaid on:

NATHAN ANDREW SLOCUM
27 FRYE RD
GREENVILLE, PA 16125-9782

/s/ Milos Gvozdenovic
Milos Gvozdenovic (0077969)
Attorney for Creditor
5990 West Creek Rd. Suite 200
Independence OH 44131
216-739-5647
bronationalecf@weltman.com