WWR#042118278

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

IN RE: BANKRUPTCY CASE NO. 26-10013

NATHAN ANDREW SLOCUM CHAPTER 13 PROCEEDING

DEBTOR

JUDGE JOHN C MELARAGNO

RELATED TO DOC. NO. 43

## NOTICE WITHDRAWING FIRST CITIZENS BANK & TRUST COMPANY'S PROOF OF CLAIM #19

Now comes Creditor FIRST CITIZENS BANK & TRUST COMPANY, by and through counsel and hereby withdraws its Proof of Claim filed herein on August 5th, 2026. Claim #19.

WELTMAN, WEINBERG & REIS CO. L.P.A.

/s/ Milos Gvozdenovic
Milos Gvozdenovic (0077969)
Attorney for Creditor
5990 West Creek Rd. Suite 200
Independence OH 44131
216-739-5647
bronationalecf@weltman.com

SO ORDERED
August 10, 2026

John C. Melaragno, Judge jlm
United States Bankruptcy Court

SIGNED
8/10/26 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 26-10013-JCM

Nathan Andrew Slocum Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 2

Date Rcvd: Aug 10, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKRMailOps@weltman.com | Aug 11 2026 01:22:00 | First Citizens Bank & Trust Company, c/o Weltman, Weinberg & Reis Co., L.P.A., 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Nathan Andrew Slocum dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Elizabeth Trachtman | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Milos Gvozdenovic | on behalf of Creditor First Citizens Bank & Trust Company mgvozdenovic@weltman.com pitecf@weltman.com |

Milos Gvozdenovic
on behalf of Creditor Sheffield Financial mgvozdenovic@weltman.com pitecf@weltman.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7